# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 07-21150-CIV-KING

Plaintiff:
**RALLY MANUFACTURING, INC. A FLORIDA CORPORATION**
vs.
Defendant:
**PYLON MANUFACTURING CORPORATION, A DELAWARE CORPORATION**

```
FILED by_____D.C.
INTAKE
JUN 1 2 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

For:
Abbey L. Kaplan, Esq.
KLUGER, PERETZ, KAPLAN & BERLIN, P.A.
1700 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131

Received by P.I. SERVICES on the 1st day of May, 2007 at 11:17 am to be served on **PYLON MANUFACTURING CORPORATION, 1200 S. PINE ISLAND ROAD, PLANTATION, FL**.

I, Joseph Marker, do hereby affirm that on the **2nd day of May, 2007** at **3:50 pm, I**:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour of service endorsed thereon by me to DONNA MOCH as SECTION HEAD AT CT. CORP. of the within named corporation, in compliance with Florida Statute 48.081(1) (2) or (3).

Under penalty of perjury, I declare that I have read the Foregoing Verified Return of Service and that the facts stated in it are true. F.S.92.525(2). I acknowledge that I am a Certified Process Server in good standing in this jurisdiction. I acknowledge that I have no interest in this action.

Joseph Marker
C.P.S. #613

P.I. SERVICES
1550 South Dixie Highway
Suite 206a
Coral Gables, FL 33146
(305) 666-0142
Our Job Serial Number: 2007010229

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

232307

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Rally Manufacturing, Inc., a Florida corporation,

    Plaintiff(s),

v.

Pylon Manufacturing Corporation, a Delaware corporation,

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-21150**
**CIV - KING**
MAGISTRATE JUDGE
GARBER

RUSH!

TO:  Pylon Manufacturing Corporation

**By serving its Registered Agent:**
CT Corporation System
1200 S. Pined Island Road
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon the Plaintiffs' attorney(s):

Donna Moch
Section Head
5/2/07 @ 3.5pm

**Abbey L. Kaplan, Esq.** / Fla. Bar No. 200255
Miami Center, 17th Floor
201 S. Biscayne Blvd.
Miami, FL 33131
Tel: 305-379-9000

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

MAY - 1 2007

DATE

{Intellect\0464\0007/M0422240 v.1; 5/1/2007 11:53 AM}