UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RALLY MANUFACTURING, INC.,     CASE NO.:07-21150-CIV-KING/GARBER
a Florida corporation,

    Plaintiff,

v.

PYLON MANUFACTURING CORPORATION,
a Delaware corporation,

    Defendant.
_____/

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

At the request of Plaintiff, Rally Manufacturing, Inc., ("Rally"), it is hereby ORDERED that counsel for Rally may, at the pre-trial hearing on July 29, 2009, calendar call on July 30, 2009, and during the two week trial period commencing August 3, 2009, bring into the United States District Court for the Southern District of Florida, Miami-Dade Division, laptop computers, Blackberry devices, electronic demonstrative exhibit equipment, and any other necessary electronic accessories for use during trial.

The persons in possession of the foregoing on behalf of Rally will be Steven Ira Peretz, Esq., Matthew W. Stavish, Esq, and Joseph W. Berenato, III, Esq.

SO ORDERED this _28_ day of July, 2009.

                                                                          Judge James L. King
                                                                          United States District Judge

Copies furnished to all counsel of record.