UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RALLY MANUFACTURING, INC.,      CASE NO. 07-21150-CIV-KING/GARBER
a Florida corporation,

    Plaintiff,

v.

PYLON MANUFACTURING CORPORATION,
a Delaware corporation,

    Defendant.
_____/

## [PROPOSED] ORDER GRANTING DEFENDANT LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

At the request of Defendant, Pylon Manufacturing Corporation, ("Pylon"), it is hereby ORDERED that counsel for Pylon may, at the pre-trial hearing on July 29, 2009, calendar call on July 30, 2009, and during the two week trial period commencing August 3, 2009, bring into the United States District Court for the Southern District of Florida, Miami-Dade Division, laptop computers, Blackberry devices, electronic demonstrative exhibit equipment, and any other necessary electronic accessories for use during trial.

The persons in possession of the forgoing on behalf of Pylon will be James A. Gale, Esq., Gregory L. Hillyer, Esq., Javier Sobrado, Esq. and Kimberly Jordan (Paralegal).

SO ORDERED this 28 day of July, 2009.

_____
Judge James L. King
United States District Judge

Copies furnished to all counsel of record.