UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21150 CIV KING

RALLY MANUFACTURING, INC.,

       Plaintiff,

v.

PYLON MANUFACTURING CORPORATION

       Defendant
_____/

## ORDER ON AMENDED STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon the firms Kluger, Peretz, Kaplan & Berlin, P.L. and PERETZ CHESAL & HERRMANN, PL's Amended Stipulation for Substitution of Counsel, and the Court, having reviewed the Amended Stipulation, and being advised of the agreement of the parties, does hereby

ORDER AND ADJUDGE that said Amended Stipulation, be and the same, is hereby adopted by the Court. The firm of Kluger, Peretz, Kaplan & Berlin, P.L. shall be withdrawn from any further representation of Plaintiff Rally Manufacturing, Inc., herein and that all pleadings, correspondence, etc. shall be mailed to the PERETZ CHESAL & HERRMANN, PL firm on behalf of Plaintiff in this cause. PERETZ CHESAL & HERRRMAN, PL assumes

responsibility for the procedural status of this case as counsel finds it and further <u>that no continuation of the existing trial dates will be sought</u>.

DONE AND ORDERED at __28__, Florida on __July__, 2009.

_____
U.S. District Court Judge

Copies Furnished to Counsel